UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRISA COLEMAN-BISHOP,
an individual, and
JENNIFER DIANNE BISHOP,
an individual,

        Plaintiffs,

   v.

FIRST FRANKLIN FINANCIAL,
BANK OF AMERICA CORPORATION,
and DOES 1 through 100,
inclusive,

        Defendants.

NO. CIV. S-10-3340 LKK/EFB

O R D E R

Plaintiffs in this case bring claims arising out of their mortgage. Defendants First Franklin Financial Corporation and Bank of America, N.A. have filed a motion to dismiss and a motion to strike noticed for hearing on January 31, 2011. Pursuant to Local Rule 230(c), plaintiffs' oppositions or statements of non-opposition were due on January 14, 2011. Plaintiffs have not filed any oppositions or statements of non-opposition.

Based on the above, the court ORDERS as follows:

1

1. Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $150 and/or dismissal of this case, for their failure to file an opposition or statement of non-opposition to the motions. See also Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626, 633 (1962). Counsel shall file a response to this order to show cause no later than January 31, 2011.
2. Hearing on defendants' motion to dismiss (Dkt. No. 7) and motion to strike (Dkt. No. 9) is CONTINUED to February 14, 2011 at 10:00 a.m.
3. Plaintiff shall file and serve his opposition or statement of non-opposition on or before January 31, 2011. Defendant may file and serve a reply no later than February 7, 2011.

IT IS SO ORDERED.

DATED: January 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT