UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRISA COLEMAN-BISHOP,
an individual, and
JENNIFER DIANNE BISHOP,
an individual,

        Plaintiffs,

   v.

FIRST FRANKLIN FINANCIAL,
BANK OF AMERICA CORPORATION,
and DOES 1 through 100,
inclusive,

        Defendants.
_____/

NO. CIV. S-10-3340 LKK/EFB

O R D E R

On January 21, 2011, the court ordered plaintiffs to show cause why sanctions, including a fine of $150 and/or dismissal of the case, should not issue for their failure to timely file an opposition or statement of non-opposition to defendants' motion to dismiss and motion to strike. See Doc. No. 14. Plaintiff Merrisa L. Coleman-Bishop is an attorney representing herself and Jennifer Dianne Bishop. Counsel responded to the order to show cause on January 24, 2011. See Doc. No. 19. Counsel explained that her delay

1

in filing was the result of difficulties in registering for this court's electronic case filing system yet, nonetheless, admits that a sanction of $150 is appropriate. She also filed oppositions to the motions filed by defendants. <u>See</u> Doc. Nos. 16, 17. In her response to the order to show cause, she expressed "the intention of plaintiffs to amend the complaint . . . to address some of the [deficiencies] raised by defendants."

For the foregoing reasons the court ORDERS as follows:

(1) No good cause shown, the court hereby ORDERS that plaintiff Merrisa L. Coleman-Bishop is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order.

(2) The court FURTHER ORDERS that plaintiffs SHALL FILE a motion for leave to file an amended complaint or a stipulation of defendants' consent to their filing an amended complaint within fourteen (14) days of the issuance of this order.[1]

(3) The hearing set on defendants' motion to dismiss and motion to strike (Doc. Nos. 7, 9) is VACATED. Deadlines

////

////

---

[1] Pursuant to Fed. R. Civ. P. 15(a)(1), plaintiffs may not amend as a matter of course because the time to do so has passed. Rather, plaintiffs may only file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(2), which states that "a party may amend its pleading only with the opposing party's written consent or the court's leave."

2

```
 1              for filing reply memoranda, if any, remain unchanged.
 2         IT IS SO ORDERED.
 3         DATED:  January 25, 2011.
 4
 5
 6                                   _____
                                     LAWRENCE K. KARLTON
 7                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```