UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRISA COLEMAN-BISHOP,
an individual, and
JENNIFER DIANNE BISHOP,
an individual,

        Plaintiffs,

   v.

FIRST FRANKLIN FINANCIAL,
BANK OF AMERICA CORPORATION,
and DOES 1 through 100,
inclusive,

        Defendants.
_____/

NO. CIV. S-10-3340 LKK/EFB

O R D E R

    At the status conference on February 7, 2011, the parties stipulated to dismissal of the case without prejudice.

    Accordingly, the court now dismisses the case without prejudice.

    IT IS SO ORDERED.

    DATED: February 8, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT