UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRISA COLEMAN-BISHOP,
an individual, and
JENNIFER DIANNE BISHOP,
an individual,

        Plaintiffs,

  v.

FIRST FRANKLIN FINANCIAL,
BANK OF AMERICA CORPORATION,
and DOES 1 through 100,
inclusive,

        Defendants.

NO. CIV. S-10-3340 LKK/EFB

O R D E R

On January 26, 2011, the court sanctioned plaintiffs' counsel Merrisa Coleman-Bishop $150 for her failure to timely file an opposition to a motion to dismiss. The court ordered counsel to pay the sanction within thirty days. Thirty days have passed and counsel has not paid the sanction.

Based on the above, the court ORDERS as follows:

1. Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance

1

1          with Local Rule 110, including a fine of $300 for her
2          failure to pay the January 26, 2011 sanction.  <u>See also</u>
3          Fed. R. Civ. P. 41(b), <u>Link v. Wabash R.R.</u>, 370 U.S.
4          626, 633 (1962).  Counsel shall file a response to this
5          order to show cause no later than March 16, 2011.
6     IT IS SO ORDERED.
7     DATED:  March 3, 2011.

                         /s/ Lawrence K. Karlton
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT

2